# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-10949
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2026

Lyle W. Cayce
Clerk

Zak Shaik,

*Plaintiff—Appellant*,

*versus*

Charles Schwab & Company, Incorporated; Jessica Lavely; Brandon Vanmeter; Scott Coleman,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-817

---

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Zak Shaik appeals the district court's dismissal of his pro se complaint against Charles Schwab & Company, Inc., and others (Schwab).

The district court did not err in granting Schwab's motion to compel arbitration. *See Kubala v. Supreme Prod. Servs., Inc.*, 830 F.3d 199, 201-02

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10949

(5th Cir. 2016); *Edwards v. Doordash, Inc.*, 888 F.3d 738, 746 (5th Cir. 2018). Similarly, the district court did not err in dismissing Shaik's case for lack of prosecution. *See Griggs v. S.G.E. Mgmt., L.L.C.*, 905 F.3d 835, 844 (5th Cir. 2018).

Furthermore, Shaik does not sufficiently brief the other arguments he raises on appeal. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Accordingly, the judgment of the district court is AFFIRMED.